UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| GREGORY PIERCE, et al., | ) |
| | ) |
| | ) No. 2:13-0092 |
| v. | ) Judge Sharp |
| | ) |
| BROWN SHOE COMPANY, et al., | ) |
| | ) |

**O R D E R**

Pursuant to the Rule 41(a)(1)(A)(ii) Stipulation of Dismissal (Docket Entry No. 23) filed by the Parties, Defendant Brown Shoe Company, Inc. is hereby dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

*/s/ Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE